UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

ANTONIO KIRKLAND, JR.,
as Personal Representative for
the ESTATE OF ANTONIO
KIRKLAND, on behalf of the Estate
and Survivors Amber Kirkland,
Antonio Kirkland, Jr., Antavious Kirkland,
and SANTOS MAGILL,

     Plaintiffs,                    CASE NO.: 2:21-cv-562-JLB-NPM

v.

MARK INCH, in his Official Capacity; LT.
HECTOR C. VELASQUEZ, SGT. STEPHEN P.
BUSIC, OFFICER JAKAYE FULLER-WILCOX,
PAUL A PAVESE, JR., in their individual
capacities,

     Defendants.
_____/

## NOTICE OF APPEARANCE
## AS CO-COUNSEL FOR PLAINTIFFS

PLEASE TAKE NOTICE that the undersigned hereby enters her appearance

as co-counsel of record for Plaintiffs, ANTONIO KIRKLAND, JR.,  as personal

representative of the ESTATE OF ANTONIO KIRKLAND, on behalf of the Estate

and Survivors AMBER KIRKLAND, ANTONIO KIRKLAND, JR., ANTAVIOUS

KIRKLAND,  and SANTOS MAGIL ("Plaintiffs"). All correspondence, pleadings,

notices, and other materials filed or issued in this cause as it relates to the Plaintiffs should be directed to the undersigned as counsel of record at the address listed below.

Dated this 9th day of June 2022.

Respectfully submitted,

/s/ *Tiffany R. Cruz*
Tiffany R. Cruz
Florida Bar No. 90986

**Cruz Law Firm, P.A.**
411 N. Calhoun Street
Tallahassee, FL 32301
Telephone: (850) 701-8838
Tiffany@tiffanycruzlaw.com
Meredith@tiffanycruzlaw.com

CO-COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of June 2022, I electronically served the foregoing notice to all counsel of record.

/s/ *Tiffany R. Cruz*
Tiffany R. Cruz