UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**SANTOS MCGILL AND ANTONIO KIRKLAND, JR.,**

    Plaintiffs,

v.                                                                    Case No. 2:21-cv-562-JLB-NPM

**HECTOR C. VELASQUEZ, STEPHEN P. BUSIC,
JAKAYE FULLER-WILCOX, PAUL A. PAVESE, JR.
AND RICKY DIXON,**

    Defendants.

---

## **AMENDED CASE MANAGEMENT AND SCHEDULING ORDER**

Having granted a joint motion to extend deadlines (Doc. 62), the court revises the scheduled deadlines and events as set forth below:

| DEADLINE | DATE |
|---|---|
| **Disclosure of any Expert Report** | Rebuttal: 9/22/2022 |
| **Discovery and Motions to Compel Discovery** | 10/31/2022 |
| **Mediation** | 11/4/2022<br>Mediator: Gary Larsen |
| **Dispositive and *Daubert* Motions**[1] | 11/28/2022 |
| **Final Pretrial Meeting** | 4/28/2023 |
| **Motions in Limine** | 5/8/2023 |
| **Joint Final Pretrial Statement, Proposed Jury Instructions and Verdict Form** | 5/12/2023 |

---

[1] *Daubert* motions must not be titled or filed as motions to strike. When filing via CM/ECF, use the "In Limine" event under Civil Events-Motions.

| DEADLINE | DATE |
|---|---|
| **Final Pretrial Conference** | 5/26/2023 |
| **Monthly Trial Term** | 6/5/2023 |
| **Estimated Length of Trial** | 5 days |
| **Jury or Non-Jury** | Jury |

All other provisions of the court's prior scheduling orders remain in effect.

**ORDERED** on September 13, 2022.

*Nicholas P. Mizell*
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE