UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANTONIO KIRKLAND, JR., *et ano.*,

     Plaintiffs,

v.                              Case No. 2:21-cv-562-JLB-NPM

RICKY DIXON, *et al.*,

     Defendants.

### NOTICE OF APPEARANCE AS CO-COUNSEL

James M. Slater of Slater Legal PLLC hereby gives notice of his appearance as co-counsel on behalf of Plaintiffs Antonio Kirkland, Jr., as Personal Representative of the Estate of Antonio Kirkland, and Santos McGill. The certificate of service for all pleadings, orders, and other papers in this action should include **James M. Slater** at Slater Legal PLLC, 113 S. Monroe Street, Tallahassee, Florida 32301 and james@slater.legal and eservice@slaterlegal.com.

Dated: January 27, 2023.

                        Respectfully submitted,

                        SLATER LEGAL PLLC

                        */s/ James M. Slater*
                        James M. Slater (FBN 111779)
                        113 S. Monroe Street
                        Tallahassee, Florida 32301
                        james@slater.legal
                        Tel.: (305) 523-9023

                        *Co-Counsel for Plaintiff*

**Certificate of Service**

I hereby certify that on January 27, 2023, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

/s/ James M. Slater
James M. Slater