UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SANTOS MCGILL and
ANTONIO KIRKLAND, JR.,

    Plaintiffs,

v.                                    Case No. 2:21-cv-562-JLB-NPM

HECTOR C. VELASQUEZ,
STEPHEN P. BUSIC,
JAKAYE FULLER-WILCOX,
PAUL A. PAVESE, JR. and
RICKY DIXON,

    Defendants.

## SECOND AMENDED
## CASE MANAGEMENT AND SCHEDULING ORDER

Having granted a motion to amend the scheduling order, the court revises the scheduled deadlines and events as set forth below:

| DEADLINE | DATE |
|---|---|
| **Discovery and Motions to Compel Discovery** | 3/31/2023 |
| **Dispositive and *Daubert* Motions**[1] | 5/5/2023 |
| **Final Pretrial Meeting** | 9/29/2023 |
| **Motions in Limine** | 10/9/2023 |
| **Joint Final Pretrial Statement, Proposed Jury Instructions and Verdict Form** | 10/13/2023 |

---

[1] *Daubert* motions must not be titled or filed as motions to strike. When filing via CM/ECF, use the "In Limine" event under Civil Events-Motions.

| DEADLINE | DATE |
|---|---|
| **Final Pretrial Conference** | 10/27/2023 |
| **Monthly Trial Term** | 11/1/2023 |

All other provisions of the court's prior scheduling orders remain in effect.

**ORDERED** on February 1, 2023.

_____
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE