MILESTONE REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

1  UNITED STATES DISTRICT COURT

2  MIDDLE DISTRICT OF FLORIDA

3  FT. MYERS DIVISION

4  CASE NO. 2:21cv562-JLB-NPM

5  _____/

6  STATEMENT ON RECORD BY JAMES MURRAY SLATER, ESQUIRE

7  DATE:          MARCH 27, 2023

8  REPORTER:      SARA PEREZ

9  PLACE:         ALL PARTIES APPEARED VIA VIDEOCONFERENCE

```
 1                        APPEARANCES

 2   ON BEHALF OF THE PLAINTIFFS,
     ANTONIO KIRKLAND, JR., ET AL.:
 3   James Vernon Cook, Esquire
     Law Office of James Cook
 4   314 West Jefferson Street
     Tallahassee, Florida 32301
 5   Telephone No.: (850) 222-8080
     Facsimile No.: (850) 561-0836
 6   E-mail: cookjv@gmail.com
     (Appeared via videoconference)
 7
     ON BEHALF OF THE PLAINTIFFS,
 8   ANTONIO KIRKLAND, JR., ET AL.:
     James Murray Slater, Esquire
 9   Slater Legal PLLC
     133 South Monroe Street
10   Tallahassee, Florida 32302
     Telephone No.: (305) 523-9023
11   E-mail: james@slater.legal
     (Appeared via videoconference)
12

13   ON BEHALF OF THE DEFENDANTS, RICKY DIXON, ET AL.:
     Thomas Buchan, Esquire
14   Howell, Buchan & Strong, P.A.
     630 South Orange Avenue
15   Suite 200-B
     Sarasota, Florida 34236
16   Telephone No.: (850) 877-7776
     E-mail: tom@jsh-pa.com
17   (Appeared via videoconference)

18   Also Present: Margaret Chrisawn, Paralegal

19

20

21

22

23

24

25
```

MILESTONE REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

Case 2:21-cv-00562-JLB-NPM   Document 98-1   Filed 03/29/23   Page 3 of 10 PageID 1593
260308 Statement on Record 03-27-2023                                    Page 3

```
 1                          INDEX
 2                                              Page
 3
 4  PROCEEDINGS                                   5
 5
 6
 7                        EXHIBITS
 8  Exhibit                                      Page
 9
10     1 - Return of Non-Service Document         6
11     2 - Special Affidavit of Process Server    6
12     3 - Accurate Serve Tallahassee E-mail to
13         Law Office of James Cook               7
14     4 - Fausto Rosario's LinkedIn Page         7
15
16
17
18
19
20
21
22
23
24
25
```



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1              STIPULATION

2

3

4  The statement on record of Fausto Rosario taken via

5  videoconference on Monday the 27th day of March 2023 at

6  approximately 10:11 a.m.; said statement on record was

7  taken pursuant to the Florida Rules of Civil Procedure.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

| | |
|---|---|
| 1 | PROCEEDINGS |
| 2 | MR. SLATER:  Okay, could you please call the |
| 3 | case then, Court Reporter?  And -- |
| 4 | COURT REPORTER:  We're convened by |
| 5 | videoconference to take the deposition of Fausto |
| 6 | Rosario in the matter of Antonio Kirkland, Jr., and |
| 7 | others v. Ricky Dixon and others, pending in the |
| 8 | Middle District Court of Fort Myers, Florida.  Case |
| 9 | number 2:21 CV 562- JLB-NNP.  And we're on the |
| 10 | record. |
| 11 | MR. SLATER:  This is James Slater, and with me |
| 12 | I have James Cook on behalf of the plaintiffs. |
| 13 | MR. BUCHAN:  Thomas Buchan for the defendants. |
| 14 | MR. SLATER:  All right.  We -- I would like to |
| 15 | make a brief record here concerning Mr. Rosario. |
| 16 | I'm going to show -- can I share my screen, Madam |
| 17 | Court Reporter; is that enabled? |
| 18 | COURT REPORTER:  Yes. |
| 19 | MR. SLATER:  Okay, great.  We issued a subpoena |
| 20 | to Mr. Rosario for his appearance today.  I'm going |
| 21 | to pull that up on the screen.  Okay.  We issued a |
| 22 | subpoena to Mr. Rosario for a remote deposition on |
| 23 | Zoom scheduled for March 27th at 10 -- at 10:00 a.m. |
| 24 | It is currently 10:13 a.m., we've waited 13 minutes |
| 25 | for Mr. Rosario to appear today.  I'm also showing a |



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  return of non-service as to Mr. Rosario.  It states
2  that Mr. Rosario was attempt -- attempted service in
3  Lady Lake, Florida, where on March 11th the server
4  spoke to his wife, stated that he was not home in
5  Lady Lake, Florida.  Later that day, just a few
6  minutes later, the process server, and this is under
7  oath, states that he spoke to Mr. Rosario on his
8  cell phone and that Mr. Rosario stated that he did
9  not live at the address, his wife's address in Lady
10 Lake, Florida, but that he currently lived at -- in
11 Fort Myers, Florida.  And I'm not going to read the
12 address. And as I'm flipping to the second page of
13 the return on service, the process server, Ms.
14 Caine, stated this under oath.  I'm now going to
15 show -- mark as Exhibit 2. That was Exhibit 1, mark
16 as Exhibit 2.
17          (EXHIBIT 1 MARKED FOR IDENTIFICATION)
18          (EXHIBIT 2 MARKED FOR IDENTIFICATION)
19      MR. SLATER:  This is an affidavit, a separate
20 affidavit of Ms. Caine, the process server, who
21 states, "I spoke to Rosario over the phone.  He said
22 that he does not live with his wife, who is
23 preparing to divorce, in Lady Lake, Florida," and
24 I'll withhold the address, and that he currently
25 lives in, quote, and I'll withhold the address,

MILESTONE REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1      "Fort Myers, Florida."  I'm going to show now what
 2      we'll mark as Exhibit 3.
 3              (EXHIBIT 3 MARKED FOR IDENTIFICATION)
 4          MR. SLATER:  This is a printout, an automated
 5      status printout for the service on Mr. Rosario.
 6      This information is not under oath like the previous
 7      two exhibits, but we can have a declaration
 8      prepared.  I'm going to go here to March 23rd, the
 9      bottom of page 1, and it states that the server on
10      March 23rd attempted service at 7361 Powell Road,
11      Wildwood, Florida 34785. That's the address of the
12      Sumter County Sheriff's Office.  They provided the
13      address to Sumter County Sheriff's Office.  And it
14      states, "The subject is a DS, which stands for
15      Deputy Sheriff, but is not working today."  This is
16      after Mr. Rosario stated to the process server that
17      he no longer lived in the area -- Lady Lake is near
18      Wildwood, Florida -- and that he lived in Fort
19      Myers.  I'm going to share now what we'll mark as
20      Exhibit 4.
21              (EXHIBIT 4 MARKED FOR IDENTIFICATION)
22          MR. SLATER:  This is a printout of Mr.
23      Rosario's LinkedIn page, and it shows under licenses
24      that he's a Florida Department of Corrections
25      Correctional Officer, and it shows that he was a
```


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
1    correctional officer or he lists himself as a
2    correctional officer in Charlotte County, which --
3    between October, 2016 and September, 2017, which
4    matches what was stated to us as approximately his
5    end date at the Florida Department of Corrections in
6    Charlotte County for his work at Charlotte CI.  It
7    lists his current occupation on page 1 as Master
8    Deputy Sheriff at the Sumter County Sheriff's Office
9    at 7361 Powell Road, Wildwood, Florida, 34785.  It
10   lists his present -- it lists his occupation there
11   as "present," and under the top, under his name it
12   listed -- it lists his current location as Lady
13   Lake, Florida.  As the record reflects, we've
14   attempted service on Mr. Rosario several times to
15   prepare his attendance for this deposition today.
16   Not only has he failed to appear, he has fit -- he
17   has given, and our process server put this under
18   oath, false address information in an attempt to
19   evade service when he in fact lives in Lady Lake or
20   at least works adjacent to Lady Lake.  He had
21   instructed our process server that he no longer
22   lived in the area and that he lived in Fort Myers.
23   Given this, we would like to -- we intend to move
24   the Court for a court-ordered subpoena with -- to
25   serve on Mr. Rosario in Lady Lake or Wildwood where
```

MILESTONE REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1    he currently resides with the penalties of contempt
 2    if he does not appear.  We would like to stipulate
 3    that you do not oppose this motion, Mr. Buchan, and
 4    that you would agree to ask the Court for additional
 5    time to take Mr. Rosario's deposition.
 6         MR. BUCHAN:  I don't object.
 7         MR. SLATER:  Okay.  Thank you.  Nothing further
 8    for this deposition then, Madam Court Reporter.
 9         MR. BUCHAN:  Are we off the record?
10         COURT REPORTER:  We are off the record.  The
11    time is 10:18 a.m.
12    (STATEMENT ON RECORD CONCLUDED AT 10:18 A.M.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

```
 1                    C E R T I F I C A T E
 2
 3  STATE OF FLORIDA)
 4  COUNTY OF ORANGE)
 5
 6      I, SARA PEREZ, Court Reporter and Notary Public for
 7  the State of Florida at Large, do hereby certify that I
 8  was authorized to and did report the foregoing
 9  proceeding, and that said transcript is a true record of
10  the said proceeding.
11
12      I FURTHER CERTIFY that I am not of counsel for,
13  related to, or employed by any of the parties or
14  attorneys involved herein, nor am I financially
15  interested in said action.
16
17  Submitted on: March 28, 2023.
18
19
20
21
22  _____
23        SARA PEREZ
24        Court Reporter, Notary Public
25
```



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS