**PLAINTIFF'S EXHIBIT 1**

# **RETURN OF NON-SERVICE**

| **State of** | **County of** | **MIDDLE DICTRICT OF FLORIDA Court** |

Case Number: 2:21-CV-562-JLB-NPM   Court Date: 3/27/2023  10:00 am

PLAINTIFF:
**ANTONIO KIRKLAND, JR.**

vs.

DEFENDANT:
**RICKY D. DIXON; ET AL.**

For:
314 West Jefferson Street
LAW OFFICE OF JAMES COOK
Tallahassee, FL  32301

Received by Accurate Serve Ocala on the 10th day of March, 2023 at 3:50 pm to be served on **FAUSTO A. ROSARIO,** ▓▓▓▓▓▓▓▓▓▓▓▓ **Lady Lake, FL 32159**.

I, Ashley Cain, do hereby affirm that on the **11th day of March, 2023** at **4:08 pm, I:**

**NON-SERVED** the **SUBPOENA TO TESTIFY AT A DEPOSITION IN CIVIL ACTION** for the reason that I failed to find **FAUSTO A. ROSARIO** or any information to allow further search.  Read the comments below for further details.

**Additional Information pertaining to this Service:**
3/11/2023  3:52 pm  Attempted service at ▓▓▓▓▓▓▓▓▓▓▓▓, Lady Lake, FL 32159, spoke to wife. He is not home. Left a callback card with her.
3/11/2023  4:08 pm  Spoke to Fausto. ▓▓▓▓▓▓▓. He said he does not live at that address.  He currently lives at ▓▓▓▓▓▓▓▓▓▓▓▓, Fort Myers 33907.



## RETURN OF NON-SERVICE For 2:21-CV-562-JLB-NPM

I certify that I am over the age of 18, have no interest in the above action, and have been properly certified as a process server by Administrative Order A200821B and am currently certified to serve process pursuant to the provisions of the order. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge.

_(signature)_
**Ashley Cain**
101819-4

**Accurate Serve Ocala**
**3101 SW 34th AVE**
**SUITE 905, UNIT 401**
**OCALA, FL 34474**
**(352) 278-2188**

Our Job Serial Number: AS8-0000206543
Ref: O206543, T230746

DELIVERED  3/11/2023 4:08 PM
SERVER     AC
LICENSE    101819-4

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| ANTONIO KIRKLAND, JR. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:21-cv-562-JLB-NPM |
| RICKY D. DIXON, et al., | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: FAUSTO A. ROSARIO, ▇▇▇▇▇▇▇▇▇ FL 32159-8308, ▇▇▇▇▇▇▇

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: | REMOTE DEPOSITION: Contact James V. Cook, Law Office of James Cook, 850-222-8080 or cookjv@gmail.com | Date and Time: 03/27/2023 10:00 am |
|---|---|---|

The deposition will be recorded by this method: Stenographically and by video

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45(d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 03/08/2023

*CLERK OF COURT*                    OR

_____         /s/ James V. Cook
Signature of Clerk or Deputy Clerk     Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Antonio Kirkland, Jr. and Santos McGill _____, who issues or requests this subpoena, are:
James V. Cook, Law Office of James Cook, 314 West Jefferson Street, Tallahassee, FL 32301, 850 222-8080, cookjv@gmail.com