**PLAINTIFF'S EXHIBIT 2**

Affidavit of Process Server

My name is Ashley Cain. I was retained by the Law Office of James Cook to serve process on Fausto Rosario. On 3/11/23 at 408 PM, I spoke to Rosario over the phone. He said that he does not live with his wife, who he was preparing to divorce, at [redacted] Lady Lake, 32159. He told me that he currently lives at [redacted] Fort Myers, 33907.

FURTHER AFFIANT SAYETH NAUGHT

_Ashley C._
Affiant

SIGNED BEFORE ME ON 3/24/23

_Ruth Pippin_
NOTARY PUBLIC

RUTH M. PIPPIN
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG336968
Expires 5/21/2023