| | |
|---|---|
| **From:** | ACCURATE SERVE TALLAHASSEE <brennan.fogarty@accurateservetally.com> |
| **Sent:** | Friday, March 24, 2023 12:39 PM |
| **To:** | JAMES@SLATER.LEGAL; cookjv@gmail.com |
| **Subject:** | Status on T230883, (Fausto Rosario) |

This is an automated status email:
From: ACCURATE SERVE OF TALLAHASSEE
To: LAW OFFICE OF JAMES COOK
Job # T230883
Serve To: **Fausto Rosario**
Case Info:
Court: USDC FOR THE MIDDLE DISTRICT OF FLORIDA
Court Case # **2:21-CV-562-JLB-NPM**
Court Date: 3/27/2023 at 10:00 AM


Re: PLAINTIFF
ANTONIO KIRKLAND, JR.
-Versus-
Re: DEFENDANT
RICKY D. DIXON; ET AL.

Documents: SUBPOENA TO TESTIFY AT A DEPOSITION IN CIVIL ACTION

Service Address: 7361 Powell Road Wildwood, FL 34785
Latest Status:

Server Name: Accurate Serve Ocala
Attempt Date: 3/24/2023 at 09:17 AM
Location: 7361 Powell Road Wildwood, FL 34785
Notes: Server called subject. No answer. Left message.


Server Name: Accurate Serve Ocala
Attempt Date: 3/23/2023 at 02:58 PM
Location: 7361 Powell Road Wildwood, FL 34785
Notes: Server called provided phone number. Server Spoke with subject who stated he's not working today and to call tomorrow to see if he's going to be working.


Server Name: Accurate Serve Ocala
Attempt Date: 3/23/2023 at 02:57 PM
Location: 7361 Powell Road Wildwood, FL 34785
Notes:  Attempted service at 7361 Powell Road, Wildwood, FL 34785, Provided address is the Sumter Sheriff's Office. Subject is a D/S but not working today.


Detailed Status is available at www.PaperTracker.info