



# Fausto Rosario (He/Him) · 3rd

Deputy Sheriff

-  Sumter County Sheriff's Office
-  Lake-Sumter State College

Lady Lake, Florida, United States · Contact info

10 connections

[Connect]  [Message]  [More]

## About

I am a Law Enforcement Officer with approximately 8 years of experience in the Law Enforcement field. I have worked previously as a Road Patrol Sergeant for approximately 2 years with a City Police Department where I supervised Police Officers, completed the shift rosters, and assisted in the officer training program. During my time as a supervisor, I have attended various supervisory training to include Middle Management, Line Supervision, and Creating a Sound Organization. Furthermore, I participated in the Hiring Process as both one of the interviewers for the position of Police Officers and assisted Detectives during the background process of conducting the truth verification exam for new employees. I am confident that will my training and skills, I would be a great asset to the agency.

## Activity

10 followers

**Fausto hasn't posted lately**
Fausto's recent posts and comments will be displayed here.

Show all activity →

## Experience



**Master Deputy Sheriff**
Sumter County Sheriff's Office · Full-time
Apr 2021 - Present · 2 yrs
7361 Powell Rd Wildwood FL, 34785

I am a public servant who has devoted his time, sweat, and energy to provide peace and tranquility to the community I proudly serve. I conducted proactive patrol activities; arrested suspect of criminal violations; responded and investigates citizen complaints; responded to major crime scenes and traffic crashes, and completed all agency required reports.

**Skills:** Law Enforcement · Criminal Justice · Criminal Investigations · Police



**Road Patrol Sergeant**
City Of Clewiston · Full-time

Jun 2019 - Apr 2021 · 1 yr 11 mos
300 S Berner Rd Clewiston, FL 33440

I am a criminal justice professional who served and protect the community of Clewiston and assisted other Police Officers with training and : …see more

**Skills:** Patrol · Police Administration · Police Officers · Management · Criminal Procedure · Criminal Justice · Criminal Investigations · Police


**Deputy Sheriff**
Glades County Sheriff Office
Sep 2017 - Jun 2019 · 1 yr 10 mos
Moore Haven, Florida, United States


**Correctional Officer**
Florida Department of Corrections
Oct 2016 - Sep 2017 · 1 yr
Charlotte County, Florida, United States


**School Safety**
New York City Police Department
Feb 2014 - Oct 2016 · 2 yrs 9 mos
Bronx, New York, United States

Show all 6 experiences →

## Education


**Lake-Sumter State College**
Associate of Science - AS, Criminal Justice/Law Enforcement Administration
2021 - 2022


**Washington Irving HS**
High School Diploma, Criminal Justice/Police Science
Sep 2002 - Jun 2006

## Licenses & certifications


**Correctional Officer**
Florida Department of Corrections
Issued Feb 2014

Show credential ⧉


**Law Enforcement Officer**
Florida Department of Law Enforcement
Issued Jan 2014

Show credential ⧉

## Skills

**Patrol**
 Road Patrol Sergeant at City Of Clewiston

**Police Administration**
 Road Patrol Sergeant at City Of Clewiston

**Police Officers**
 Road Patrol Sergeant at City Of Clewiston

Show all 9 skills →

## Languages

**Spanish**
Professional working proficiency

## Interests

**Companies**  Schools

**Naval Criminal Investigative Service (NCIS)**
7,273 followers
+ Follow

**Federal Bureau of Investigation (FBI)**
762,699 followers
+ Follow

Show all 16 companies →

Ad ···
You can promote posts in just a few clicks.

James, grow your presence by boosting a post

Learn More

## People also viewed

**Sharon Howard** · 3rd
Victim Services Manager at Sumter County Sheriff's Office
🔒 Message

**Hector Otero** · 3rd
Sumter County Sheriff's Office
🔒 Message

**William Lamb** · 3rd
K9 Handler at Sumter County Sheriff's Office, FL
+ Connect

**Sabra Lunday** · 3rd+
Victim's Advocate at Sumter County Sheriff's Office
+ Connect

**Jennifer Thomas** · 3rd+
Deputy Sheriff at Sumter County Sheriff's Office
+ Connect

Show more ⌄



