UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANTONIO KIRKLAND, JR., *et ano.*,

    Plaintiffs,

v.

RICKY DIXON, *et al.*,

    Defendants.

Case No. 2:21-cv-562-JLB-NPM

## PLAINTIFF'S NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.09(a), Plaintiffs, through counsel, respectfully notify the Court that the parties have reached a settlement in the above-styled cause. The parties request that the Court vacate all deadlines and administratively close this case for a period of 60 days so that the parties may finalize their settlement papers and complete all terms of settlement prior to filing a stipulation of dismissal of this action with prejudice.

Plaintiffs are filing this notice with Defendants' approval and permission.

Dated: April 16, 2023.

    Respectfully submitted,

    */s/ James V. Cook*
    James V. Cook (FBN 0966853)
    Law Office of James Cook
    314 West Jefferson Street
    Tallahassee, Florida 32301
    cookjv@gmail.com
    Tel. (850) 222-8080

-and-

*/s/ James M. Slater*
James M. Slater (FBN 111779)
113 S. Monroe Street
Tallahassee, Florida 32301
james@slater.legal
Tel. (305) 523-9023

*Attorneys for Plaintiffs*

## Certificate of Service

I hereby certify that on April 16, 2023, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: */s/ James M. Slater*
James M. Slater

2